SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DC #462662**
Geoffrey.Barrow@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00383-AN-013** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **JESSICA GONZALEZ,** | |
| **Defendant.** | |

Defendant Jessica Gonzalez was critical member of a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families. Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because defendant and her coconspirators had depleted their electronic food benefits to purchase infant formula, energy drinks and other items, which the defendant, her husband, and their coconspirators resold for personal gain. Defendant was a central figure in collecting, storing and packaging stolen goods.

**Government's Sentencing Memorandum** **Page 1**

For all the reasons set forth herein, the government recommends a sentence of 15 months' imprisonment followed by a three-year period of supervised release and a $100 special assessment. The government also seeks restitution in the amount of $2.4 million

## I.      Factual Background

### A.  The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 19 through 41, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a dramatic rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest.  The investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food.  In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card.  All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew."  The theft crew stole EBT numbers using skimming devices affixed to point of sale terminals and by obtaining stolen EBT numbers from others.  Theft crew members used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks and other SNAP eligible food items at grocery stores in Oregon and Washington.  Members of the transport crew

**Government's Sentencing Memorandum**                                              **Page 2**

collected stolen EBT eligible food items from members of the theft crew and transported the items to California for re-sale on the illicit market.

Defendant was an important member of the transportation crew. On August 18, 2023, defendant rented a storage unit in Vancouver, Washington (herein "Vancouver storage unit") to collect and store fraudulently obtained infant formula purchased from members of the theft crew. On May 9, 2024, defendant and Cristina Escalante flew from Ontario, California, to Portland, Oregon, to collect formula from members of the theft crew. On May 11, 2024, surveillance observed defendant and Cristina Escalante load stolen infant formula into the Vancouver storage unit:



On June 13, 2024, surveillance observed defendant and her husband, Edgar Hernandez, packaging stolen infant formula for shipment to California. On August 14, 2024, defendant and Marta Hernandez flew from Los Angeles to Portland, Oregon. Defendant rented a minivan that

**Government's Sentencing Memorandum**                                    **Page 3**

they used to pick up formula from coconspirator Salvis Dunca and transport it to the Vancouver storage unit:



On September 5, 2024, defendant and codefendants Edgar Hernandez and Edwin Santizo met at the Vancouver storage unit.  Defendant and Edgar Hernandez picked up infant formula from co-defendants Ion Paul Miclescu, Nicolas Barbosu and Anita Vaduva.  Defendant and her husband drove the formula to the Vancouver storage unit and prepared it for shipment to California.

**Government's Sentencing Memorandum**                                                      **Page 4**



The following day, a commercial shipping company picked up 3,900 pounds of stolen infant formula from the Vancouver storage unit and delivered it to San Pedro, California. Defendant signed the bill of lading. Based on the weight of the shipment, investigators estimate that this shipment alone was worth in excess of $75,000.

The investigation gathered evidence that defendant was involved in coordinating regular shipments from the Vancouver storage unit to San Pedro, California. From September 2023 to September 2024, the conspiracy coordinated seventeen shipments from the Vancouver storage unit to San Pedro, California. Defendant frequently signed the bills of lading for the shipments, described as food items. Commercial shipping records show that the total weight of the shipments was 124,390 pounds. Investigators estimate that these shipments were worth in excess of $2.4 million.

/ / / /

/ / / /

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                    **Page 5**

On October 22, 2024, law enforcement officers executed a search warrant at defendant's residence in Pomona, California.  They seized $13,200 in cash, numerous cans of infant formula and records.

**B.  The Charges**

On October 9, 2024, defendant and fifteen coconspirators were charged in a sixteen-count indictment.  Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.  She was also charged in Count 16 with Interstate Transportation of Stolen Goods, in violation of Title 18 United States Code, Sections 2314 and 2.

**II.      Plea Agreement and Guidelines Computations**

On December 11, 2025, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 46 through 56 of the presentence report.

**III.     Argument**

**A.  Government's Recommended Sentence**

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of 15 months followed by a three-year period of supervised release.  A 15-month sentence of imprisonment is warranted based on defendant's involvement in facilitating the collection and transportation of millions of dollars of stolen SNAP-eligible goods to be resold on the illicit market for personal gain.

**B.  Restitution and Forfeiture**

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $2.4 million.  As set forth above, defendant was responsible for facilitating the

**Government's Sentencing Memorandum**                                                              **Page 6**

shipment of $2.4 million of stolen infant formula obtained with stolen SNAP benefits.  Payment should be made to Food and Nutrition Service, PO Box 979027, Lock Box 9027, St. Louis, MO 63197-9000

There are no outstanding forfeiture issues.

## IV.    Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of 15 months followed by a three-year period of supervised release and a $100 fee assessment.

Dated: May 6, 2026                                Respectfully submitted,

                                                 SCOTT E. BRADFORD
                                                 United States Attorney

                                                 /s/ *Geoffrey A. Barrow*
                                                 GEOFFREY A. BARROW, DCB #462662
                                                 Assistant United States Attorney

**Government's Sentencing Memorandum**                                **Page 7**